# EXHIBIT B



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002046924
Search Results: Displaying 1 of 1 entries



### ADLIFE-COLLECTION-020917.

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002046924 / 2017-03-08 |
| **Application Title:** | ADLIFE-COLLECTION-020917. |
| **Title:** | ADLIFE-COLLECTION-020917. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Adlife Marketing & Communications Co. Inc. Address: 38 CHURCH STREET, PAWTUCKET, RI, 02860-3906, United States. |
| **Date of Creation:** | 2006 |
| **Date of Publication:** | 2006-01-10 |
| **Nation of First Publication:** | United States |
| **Alternative Title on Application:** | Group registration of photos published 01-10-2006 through 12-05-2006; about 250 photos total. |
| **Authorship on Application:** | ADLIFE Marketing & Communications Co. Inc., Employer-for-Hire of Joel Albrizio, employer for hire; Domicile: United States. Authorship: photograph. |
| **Rights and Permissions:** | Milton M. Oliver. Esq., SHORES & OLIVER PC, PO BOX 790, COTUIT, MA, 02635-0790, United States, (774) 521-3058, (781) 910-9664, milton.oliver@shoresoliver.com |
| **Contents:** | BaconCarmelizedPearGrilledCheese001_ADL, 04-14-2006; BaconCarmelizedPearGrilledCheese002_ADL, 04-14-2006; BaconCarmelizedPearGrilledCheese003_ADL,04-14-2006; BaconCarmelizedPearGrilledCheese004_ADL,04-14-2006; BaconCarmelizedPearGrilledCheese005_ADL,04-14-2006; BaconCarmelizedPearGrilledCheese006_ADL, 04-14-2006; BaconWrappedMeatloaf001_ADL, 10-22-2006; BBQRibSandwich001_ADL, 03-5-2006; BBQRibSandwich002_ADL,03-05-2006; BeefTacos001_ADL, 04-05-2006; BeefTacos002_ADL, 04-05-2006; BeefTostada001_ADL,09-05-2006; BeerWithOrangeSlices001_ADL, 04-15-2006; BeerWithOrangeSlices002_ADL, 04-15-2006; BeerWithOrangeSlices003_ADL, 04-15-2006; BeerWithOrangeSlices004_ADL, 04-15-2006; BlackOliveTapenadeonToast001_ADL, 06-18-2006; BlueberryBowl001_ADL, 02-25-2006; BoneInLambChops001_ADL, 06-05-2006; BoneInLambChops002_ADL, 06-05-2006; ThinSlicedPorkBelly001_ADL, 03- |

11-2006; BreakfastSandwich002_ADL,03-11-2006; BundtCakeDustedwithPowderedSugar001_ADL, 08-25-2006; BundtCakeDustedwithPowderedSugar002_ADL, 08-25-2006; ButteredBiscuits001_ADL, 05-05-2006; CalzoneBroccoli001_ADL, 08-10-2006; CalzoneBroccoliChicken001_ADL, 01-15-2006; CalzoneBroccoliChicken002_ADL, 04-05-2006; CalzoneCheese001_ADL, 01-19-2006; CalzoneCheese002_ADL, 01-19-2006; CalzoneHamCheese001_ADL, 08-14-2006; CalzoneHamCheese002_ADL, 04-22-2006; CalzoneHamCheese003_ADL, 04-22-2006; CalzoneItalianColdCut001_ADL, 11-27-2006; CalzoneItalianColdCut002_ADL, 08-26-2006; CalzoneItalianColdCut003_ADL, 09-26-2006; CarneAdovada001_ADL, 05-05-2006; CarneAdovadaTorta001_ADL, 05-05-2006; CarneAdovadaTorta002_ADL, 05-05-2006; CarneAdovadaTorta003_ADL, 05-05-2006;.

CarneAdovadaTorta004_ADL,05-05-2006; CarneAsadaTacos001_ADL, 05-12-2006; Cheeseburger001_ADL, 09-24-2006; Cheeseburger002_ADL, 05-05-2006; CheeseburgerwithFoieGras001_ADL, 07-12-2006; CheeseburgerwithSpinach001_ADL, 02-15-2006; CheeseTwists001_ADL, 03-25-2006; CheesteakSandwich001_ADL, 03-05-2006; CheesteakSandwich002_ADL, 03-05-2006; CheesteakSandwich003_ADL, 03-05-2006; CheesteakSandwich004_ADL, 03-05-2006; CheesteakSandwich005_ADL, 03-05-2006; ChicagoStyleHotdogs001_ADL, 06-05-2006; ChicagoStyleHotdogs002_ADL, 06-05-2006; ChicagoStyleHotdogs003_ADL,06-05-2006; ChickenAlligatorSausageJambalaya001_ADL, 04-05-2006; ChickenAlligatorSausageJambalaya002_ADL, 04-05-2006; ChickenAlligatorSausageJambalaya003_ADL, 04-05-2006; ChickenAlligatorSausageJambalaya004_ADL,04-05-2006; ChickenKabobs001_ADL, 07-05-2006; ChickenLarbLettuceCups001_ADL, 08-05-2006; ChickenLarbLettuceCups002_ADL, 08-05-2006; ChickenLarbLettuceCups003_ADL, 08-05-2006; ChickenSkewerPitaSandwiches001_ADL, 07-05-2006; ChickenSkewerPitaSandwiches002_ADL, 07-05-2006; ChocolateCreamPieSlice002_ADL,05-09-2006; ChocolateCreamPieSlice004_ADL, 05-09-2006; ChocolateCreamPieSlice005_ADL, 05-09-2006; ChocolateCreamPiewithGrahamCrackerCrust001_ADL, 05-09-2006; ChoppedCilantrowithLime001_ADL, 08-05-2006; CinnamonRolls001_ADL, 04-05-2006; CinnamonRollswithIcing001_ADL, 04-05-2006; ColoredEasterEggs001_ADL, 04-05-2006; Cornbread001_ADL, 12-05-2006; Cornbread002_ADL, 12-05-2006; Cornbread003_ADL, 12-05-2006; Cornbread004_ADL, 12-05-2006; Cornbread005_ADL, 11-09-2006; CornFritters001_ADL, 03-08-2006; CornFritters002_ADL, 03-08-2006;.

CornFritters003_ADL, 03-08-2006; CornMuffins001_ADL, 10-05-2006; CrabRangoons001_ADL, 01-10-2006; CrabRangoons002_ADL, 01-10-2006; CrabRangoons003_ADL, 01-10-2006; CrispyPorkBelly001_ADL, 01-10-2006; CrispyPorkBelly002_ADL, 01-10-2006; CrispyPorkBelly003_ADL, 01-10-2006; CrispyPorkBelly004_ADL, 01-10-2006; CrispySkinPorkRoast001_ADL, 04-05-2006; CrumbledBaconBits001_ADL, 04-27-2006; DeviledMushroomsonToast001_ADL, 02-14-2006; DryChilesSteeping001_ADL, 05-05-2006; FancyChicharonSalad001_ADL, 11-19-2006; FishTacos001_ADL, 09-08-2006; FishTacos002_ADL, 09-08-2006; FishTacos003_ADL, 09-08-2006; FishTacos004_ADL, 02-15-2006; FriedChickenBiscuitSandwich001_ADL, 06-11-2006; FriedFishSandwich001_ADL, 07-26-2006; FriedFishSandwich002_ADL, 07-26-2006; FriedLobsterSandwich001_ADL, 08-12-2006;

FriedScallopTaco001_ADL, 06-17-2006; FriedScallopTaco002_ADL, 06-17-2006; FriedShirmpTacos001_ADL, 02-11-2006; GarlicChicken001_ADL, 02-11-2006; GarlicChicken002_ADL, 02-11-2006; GhirardelliIntenseChocolate001_ADL, 04-17-2006; GreekLambBurger001_ADL, 04-5-2006; GreekLambBurger002_ADL, 04-05-2006; GreekLambBurger003_ADL,04-05-2006; GreekLambBurger004_ADL, 04-05-2006; GreekLambBurger005_ADL, 04-05-2006; GreekLambBurger006_ADL, 04-05-2006; GreenChileTomatilloEnchiladas001_ADL, 02-19-2006; GreenChileTomatilloEnchiladas002_ADL, 02-19-2006; HaloumiGrilledCheeseSandwich001_ADL, 04-08-2006; HaloumiGrilledCheeseSandwich002_ADL, 04-08-2006; HaloumiGrilledCheeseSandwich003_ADL, 04-08-2006; HaloumiGrilledCheeseSandwich004_ADL, 04-08-2006;.

HaloumiGrilledCheeseSandwich005_ADL, 04-08-2006; Hashbrowns001_ADL, 04-27-2006; HomemadeBreakfastTortillaSandwich001_ADL, 04-27-2006; HomemadeBreakfastTortillaSandwich002_ADL, 04-27-2006; HomemadeBreakfastTortillaSandwich003_ADL, 04-27-2006; HomemadeBreakfastTortillaSandwich004_ADL, 04-27-2006; HummusPlate001_ADL, 06-21-2006; IndianStyleChickenBurrito001_ADL, 02-15-2006; ItalianStyleDryRoastPorkRibs001_ADL, 04-09-2006; ItalianStyleDryRoastPorkRibs002_ADL, 04-09-2006; ItalianStyleDryRoastPorkRibs003_ADL, 04-09-2006; JalapenoTomatilloTomato001_ADL, 02-19-2006; KielbasaSandwich001_ADL, 10-26-2006; KungPaoChicken002_ADL, 01-13-2006; KungPaoChicken003_ADL, 01-13-2006; LambKeftedes001_ADL, 07-23-2006; LambKeftedesPitaSandwiches001_ADL, 07-24-2006; LinguinewithGrilledShrimp001_ADL, 08-26-2006; LinguinewithGrilledShrimp002_ADL, 08-26-2006; LobsterRoll009_ADL, 09-18-2006; LobsterRoll010_ADL, 09-18-2006; MassamanShrimp001_ADL, 04-05-2006; MushroomFilledPuffPastry001_ADL, 11-05-2006; MushroomFilledPuffPastry002_ADL, 11-05-2006; MushroomFilledPuffPastry003_ADL, 11-05-2006; MushroomFilledPuffPastry004_ADL, 11-05-2006; MushroomTacos001_ADL, 02-15-2006; Nachos010_ADL, 02-19-2006; NashvilleChickenSliders001_ADL, 10-05-2006; NashvilleChickenSliders002_ADL, 10-05-2006; NashvilleChickenSliders003_ADL, 10-05-2006; NashvilleChickenSliders004_ADL, 10-05-2006; NewEnglandClamDip001_ADL, 11-22-2006; OrangeCocktails001_ADL, 08-11-2006; OrangeHalved001_ADL, 04-15-2006; OrangeWinterCocktail001_ADL, 02-13-2006; OrangeWinterCocktail002_ADL, 02-13-2006; OystersenBrochette001_ADL, 06-08-2006; OystersenBrochette002_ADL, 06-08-2006; OystersenBrochette003_ADL, 06-08-2006; OystersenBrochette004_ADL, 06-08-2006; PanSearedPorkChops001_ADL, 06-24-2006; PastawithPoachedEgg001_ADL, 09-17-2006; PastawithPoachedEgg002_ADL, 09-17-2006; PastawithProscuittoandPeas001_ADL, 08-12-2006;.

PeachCocktail001_ADL, 02-15-2006; PeachCocktail002_ADL, 02-15-2006; PeachesandCream001_ADL,07-20-2006; PeachesandCream002_ADL, 07-20-2006; PeanutButterFilledCookies001_ADL, 04-24-2006; PeanutButterFilledCookies002_ADL, 04-24-2006; PeanutButterFilledCookies003_ADL, 04-24-2006; PeanutButterFilledCookies004_ADL, 04-24-2006; PeanutButterFilledCookies005_ADL, 02-24-2006; PeanutButterFilledCookies006_ADL, 04-24-2006; PeanutButterFilledCookies007_ADL, 04-24-2006;

PeanutButterFilledCookies008_ADL, 04-24-2006; PeanutButterFilledCookies009_ADL, 04-24-2006; PeppermintMeringues001_ADL, 11-25-2006; PeppermintMeringues002_ADL, 11-25-2006; PeppermintMeringues003_ADL, 11-25-2006; PhillyCheesesteakSandwich001_ADL, 07-20-2006; PickledDeviledEggs001_ADL, 10-05-2006; PicodeGalloIngredients001_ADL, 06-05-2006; PimentoCheeseEggInTheHoleGrilledCheeseSandwich001_ADL, 04-26-2006; PimentoCheeseEggInTheHoleGrilledCheeseSandwich002_ADL, 04-26-2006; PimentoCheeseEggInTheHoleGrilledCheeseSandwich003_ADL, 04-26-2006; PimentoCheeseEggInTheHoleGrilledCheeseSandwich004_ADL, 04-26-2006; PimentoCheeseEggInTheHoleGrilledCheeseSandwich005_ADL, 04-26-2006; PimpentoCheeseonBread001_ADL, 04-26-2006; PimpentoCheeseonBread002_ADL, 04-26-2006; PorkBellyBurger001_ADL, 05-12-2006; PorkBellyBurger002_ADL, 05-12-2006; PorkSpiedieSandwich001_ADL,11-10-2006; PorkSpiedieSandwich002_ADL, 11-10-2006; PorkSpiedieSandwich003_ADL, 11-10-2006; PoundCakeSlice001_ADL, 05-05-2006; PoundCakeSliced001_ADL, 05-05-2006; PoundCakeSlicedwithToppings001_ADL, 05-05-2006; PumpkinPancakes001_ADL, 10-22-2006; PumpkinPancakes002_ADL, 10-22-2006; RawBoneInLambChops001_ADL, 06-05-2006; RawChickenandVegetablesinFoodProcessor001_ADL, 08-05-2006; RawPorkBellyRoast001_ADL, 01-10-2006; RawStewMeat001_ADL, 03-05-2006;.

RawStewMeat002_ADL, 03-05-2006; RawStewMeat003_ADL, 05-05-2006; RawWholeChickenSteepingwithHerbs001_ADL, 02-19-2006; RoastDuckBreast001_ADL, 05-05-2006; RoastDuckBreastinSteamedPorkBun001_ADL, 05-05-2006; RoastDuckBreastinSteamedPorkBun002_ADL, 05-05-2006; RoastDuckBreastinSteamedPorkBun003_ADL, 05-05-2006; RoastedBananas001_ADL,08-05-2006; RoastedBananas002_ADL, 08-05-2006; RoastedEggplantSandwich001_ADL, 10-05-2006; RoastedPepperToastada001_ADL, 06-19-2006; RoastedPepperToastada002_ADL, 06-19-2006; RoastPorkChimichurriSandwich001_ADL, 02-22-2006; ScrambledEggHashbrownonTortilla001_ADL, 04-27-2006; ScrambledEggonTortilla001_ADL, 04-27-2006; ScrambledEggs001_ADL, 04-27-2006; SearedHaloumiCheese001_ADL, 04-08-2006; SevenLayerDipBurger001_ADL, 01-22-2006; SevenLayerDipBurger002_ADL, 01-22-2006; Shakshuka001_ADL, 02-05-2006; ShepherdsPie001_ADL, 02-22-2006; ShimpAvocadoBurrito001_ADL, 03-05-2006; ShimpAvocadoBurrito002_ADL,03-05-2006; ShreddedBeefoverEggNoodles001_ADL, 03-05-2006; ShreddedBeefoverEggNoodles002_ADL, 03-05-2006; ShreddedChicken001_ADL,02-19-2006; ShreddedPorkButt001_ADL, 09-09-2006; ShreddedPorkRoast001_ADL, 04-05-2006; SlicedBeefBrisket001_ADL, 09-05-2006; SlicedBeefBrisket002_ADL, 09-05-2006; SlicedBeefRoast001_ADL,03-25-2006; SlicedBeefRoast002_ADL, 03-25-2006; SlicedBeefRoast003_ADL, 03-25-2006; Souffle001_ADL, 04-05-2006; SoufflewithFruit001_ADL, 04-05-2006; SpicyChicken001_ADL, 10-05-2006; SpinachArtichokeDip001, 10-14-2006; SpiralPastainSauce001_ADL,09-05-2006; SpiralPastainSauce002_ADL,09-05-2006; StrawberryShortcake001,06-26-2006; StuffedAcornSquash001_ADL, 04-10-2006; StuffedAcornSquash002_ADL, 04-10-2006; TacoswithOnionStraws001_ADL, 10-05-2006; ThaiPeanutBuffaloWings001_ADL, 07-05-2006; ThinSlicedBeef001_ADL, 07-20-2006.

**Names:** ADLIFE Marketing & Communications Co. Inc.

Adlife Marketing & Communications Co. Inc.



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format [Full Record ▼] [Format for Print/Save] |
| Enter your email address: [_____] [Email] |

Help | Search | History | Titles | Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page