# EXHIBIT C



[Skip Nav](#)

[Living](#)

Love It. Save Your Favorites Now.

Go Meatless Over Lent With These Fresh Fish Recipes
Love It. Favorite It Now.

- 



Cooking Basics
What to Do If Your Turkey's Still Frozen



Thanksgiving
Do NOT Roast Your Turkey Without Trying This Foil Hack


Food News
30 New Whole Foods Holiday Goodies You'll Want to Add to Your Cart For Festive Snacking


Cooking Tips
This Is How All Your Favorite Chefs Make Gravy


Gifts For Men
Oreo Just Released a Mini Record Player That Plays ACTUAL Music From Your Cookie

- Popsugar
- Living
- Dinner

# Fish Recipes For Lent

## Go Meatless Over Lent With These Fresh Fish Recipes

 March 1, 2017 by Lisette Mejia

552 Shares
View On One Page
Photo 26 of 40



Share This Link  Getting URL   Copy
← Use Arrows Keys →

Image Source: From Away

26

## Blackened Tilapia Tacos With Red Cabbage and Avocado Crema

**Get the recipe**: [blackened tilapia tacos with red cabbage and avocado crema](#)

Previous Next
Join the conversation
Back To School Fish Recipes Dinner Salmon Seafood Lent Spring Fast And Easy Meal Planning
From Our Partners

**Remember Him? This is Why He's No Longer An Actor**
FINANCE NANCY

**These Twins Were Named "Most Beautiful In The World," Wait Till You See Them Today**
POST FUN

**The Score-Slashing Club That Makes Chipping Simple**
SQUARE STRIKE WEDGE GOLF

**Thousands Are Switching To This New Cowboy Boot (Here's Why)**
TECOVAS

**Massapequa Park, New York Drivers Are Stunned By This New Rule**
EVERQUOTE INSURANCE QUOTES

**Once a Year**
PELOTON

Sponsored Links by Taboola

Want more?
Get Your Daily Life Hack
Sign up for our newsletter.

[Enter Email...] [Subscribe]

By signing up, I agree to the Terms & to receive emails from POPSUGAR.
Customize
Select the topics that interest you:

- ☐ Love and Sex
- ☐ Pop Culture
- ☐ Lifestyle
- ☐ Healthy Living

[Save]

Thanks!
You're subscribed.
Want more now? Follow us!

1 Comment

Sort by Oldest

Add a comment...


**Theo Wahlgreen**
First of all, Lent is not a 'holiday', it's a litugical season of fasting and abstinence. As such, a person doesn't 'indulge' in fish dishes. Morons.
Like · Reply · 2y

Facebook Comments Plugin

**Related Posts**



Fast and Easy
Don't Waste Your Leftover Mashed Potatoes! Use Them in 1 of These Recipes Instead
by Tessa Domzalski 18 hours ago



Recipes
31 Festive Christmas Cocktails to Make Your Days Merry and Bright

by Hedy Phillips 1 day ago



Fast and Easy
Here's a Totally New Way to Reinvent Your Thanksgiving Leftovers — Get the Easy Recipe Now!
by Hajar Larbah 2 days ago



Meghan Markle
Loved Meghan Markle's Wedding Reception Dress? You Can Buy a Replica From Stella McCartney Herself
by Sarah Wasilak 2 days ago



Winter Fashion
11 Trends to Say Sayonara to in 2019, and What to Replace Them With
by Sarah Wasilak 1 week ago



Zendaya
Zendaya Is Designing a Collection For Tommy Hilfiger, and It Looks Delightfully Groovy
by Kelsey Garcia 10/20


Lady Gaga
Lady Gaga's Marc Jacobs Suit is Far More Than Just a Fashion Statement
by Gemma Cartwright 10/20


Dinner
The 1 Instant Pot Recipe My Kids Can't Get Enough Of
by Marisa Hillman 2 weeks ago



Karl Lagerfeld
Nothing Will Excite You Like the Chanel Beach Ball Bag, Except Maybe the PVC Sandals
by Sarah Wasilak 10/06



Dinner
Forget Pumpkin Pie and Make These 28 Savory Pumpkin Dishes Instead
by Tessa Domzalski 2 weeks ago



Spring Fashion
7 Body Positive Moments From the Runways That'll Make Your Heart Soar
by Nikita Ramsinghani 10/06



Spring Fashion
2019's Most Wearable Trends
by Hannah Weil McKinley 3 weeks ago

From Our Partners
Latest Recipes, Menus, Food & Wine

want more?

Get Your Daily Life Hack

Right in your inbox

Customize

Select the topics that interest you:

Thanks!

You're subscribed.

Enter Email...

By signing up, I agree to the Terms & to receive emails from POPSUGAR.

Subscribe

Pop Culture
Healthy Living
Lifestyle
Love and Sex

Save

Want More Now?

Follow. Like. Love.

We're Hiring! Write For Us About Us Terms Privacy Policy Contact
**More POPSUGAR:** Power Your Happy POPSUGAR Must Have POPSUGAR at Kohl's Collection Beauty by POPSUGAR POPSUGAR Insights
**POPSUGAR International:** UK Australia Middle East الشرق الأوسط
Get POPSUGAR On The Go:
Visit the App Store to see all our apps:



**Follow Us**
©2018 POPSUGAR Inc.
×

- Celebrity
  Celebrity News Entertainment News Movies TV Celebrity Couples Celebrities

- Fashion
  Shopping Street Style POPSUGAR at Kohl's Collection

- Fitness
  Workouts Healthy Living Tips Weight Loss Fitness Video Power Your Happy 30 Days to Strong Workout 2-Week Clean-Eating Plan
- Beauty
  Makeup Skin Care Beauty Video Beauty Trend Finder Tried & True Beauty by POPSUGAR
- Family
  Parenting Pregnancy Babies Toddlers Food and Fun The Juggle All in the Fam
- Living
  Food Home Smart Living Career Pets #TheNiceList Gift Guides How to Express Gratitude
- Culture
  News Love & Sex Tech Travel
- Latina
  Cocina Familia Estrellas Moda Bella Cultura y Vida Hispanic Heritage Month
- Video
  Entertainment Fashion Beauty Fitness Food Tech Home
- SHOP
  Beauty by POPSUGAR POPSUGAR Must Have Box POPSUGAR at Kohl's Collection Fashion Beauty Parents & Kids
- Login / Register

We're Hiring! Write For Us About Us Advertising Contact FAQ Archives

Power Your Happy POPSUGAR at Kohl's Collection Beauty by POPSUGAR POPSUGAR Must Have POPSUGAR Insights

Terms Privacy Policy

©2018 PopSugar • POPSUGAR Living

## Don't Miss Out!

Would you like to turn on POPSUGAR desktop notifications to get breaking news ASAP?

Yes, Please No Thanks



Great, Click the 'Allow' Button Above 

Awesome, You're All Set!