UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> POPSUGAR INC., <br><br> Defendant. | Case No. 1:18-cv-10976-AKH |

# MOTION FOR ADMISSION PRO HAC VICE

1313219

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, BENEDICT Y. HUR hereby moves this Court for an Order for Admission to practice *Pro Hac Vice* to appear as counsel for defendant POPSUGAR INC. in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state of federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Respectfully submitted,

Dated: December 6, 2018

By: */s/ Benedict Y. Hur*
BENEDICT Y. HUR – Cal. Bar No. 224018
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
Email: bhur@keker.com
Email: tsilva@keker.com
Email: mgourisaria@keker.com

Attorneys for Defendant POPSUGAR, INC.

1313219