UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> POPSUGAR INC., <br><br> Defendant. | Case No. 1:18-CV-10976-AKH |

## AFFIDAVIT OF BENEDICT Y. HUR IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

1313220

SAN FRANCISCO )
) ss
STATE OF CALIFORNIA )

I, **BENEDICT Y. HUR**, being duly sworn, deposes and says:

1. I am an attorney at law licensed to practice before the courts of the State of California.

2. I am an associated with the law firm of Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111, which is counsel to defendant POPSUGAR Inc. in this matter.

3. I make this affidavit in support of my application for *pro hac vice* admission to this Court for all purposes in the matter of *Adlife Marketing & Communications Company, Inc. v. POPSUGAR Inc.*, No. 1:18-cv-10976-AKH.

4. I have been a member in good standing of the California bar since 2003. My certificate of good standing for the California bar is attached as **Exhibit 1**. There are no disciplinary proceedings presenting pending against me in any jurisdiction.

5. I have never been convicted of a felony.

6. I have never been held in contempt of court, nor have I ever been censured, suspended, or disbarred by any court. I have never been denied admission or readmission by any court.

_____
BENEDICT Y. HUR

Subscribed and sworn to before me
this 6th day of December, 2018.

_____
Notary Public for the State of California

My Commission Expires: 4-28-19



MARION M.N. TOM
Commission # 2109369
Notary Public - California
San Francisco County
My Comm. Expires Apr 28, 2019

(Notary Seal)

# EXHIBIT 1



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### BENEDICT YUNG HUR

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that **BENEDICT YUNG HUR, #224018**, was on the **3rd day of JANUARY, 2003,** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court
on the **5th day of December 2018.**

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Robert R. Toy, Senior Deputy Clerk