**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC., | Case No. 1:18-cv-10976-AKH |
| Plaintiff, | |
| v. | |
| POPSUGAR INC., | |
| Defendant. | |

**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE**

1313221

The motion of BENEDICT Y. HUR, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

> BENEDICT Y. HUR – Cal. Bar No. 224018
> KEKER, VAN NEST & PETERS LLP
> 633 Battery Street
> San Francisco, CA 94111-1809
> Telephone: 415 391 5400
> bhur@keker.com

The applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for defendant POPSUGAR INC. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys.