**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>POPSUGAR INC.,<br><br>　　　　　Defendant. | Case No. 1:18-cv-10976-AKH |

**[PROPOSED] ORDER**

1313287

Defendant POPSUGAR Inc., requests that the Court set January 17, 2019 as its deadline to answer or otherwise respond to the Complaint in this matter. Plaintiff consents to the request. Good cause appearing therefore, Defendant's request is GRANTED. Defendant's deadline to answer or otherwise respond to the Complaint is January 17, 2019.

**IT IS SO ORDERED.**

_____
Hon. Alvin K. Hellerstein
UNITED STATES DISTRICT JUDGE

1313287