

# KEKER
# VAN NEST
# & PETERS

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

**Benedict Y. Hur**
(415) 676-2218
bhur@keker.com

December 10, 2018

VIA ECF

Hon. Alvin K. Hellerstein
Courtroom 14D
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Adlife Marketing & Communications Company, Inc. v. POPSUGAR Inc.*
     Case No. 1:18-cv-10976-AKH

Dear Judge Hellerstein:

Pursuant to this Court's Individual Rules of Practice, the parties in the above-referenced action jointly request an extension for the Defendant to file an answer or otherwise respond to the Plaintiff's Complaint.

We respectfully request that the Defendant's deadline to submit a responsive pleading be extended to January 17, 2019. POPSUGAR's present deadline to respond is December 17, 2018. This is the first request for an extension of this deadline. No subsequent deadlines have been set in this matter.

For the Court's convenience, POPSUGAR encloses a proposed order extending its deadline to respond.

Very truly yours,

KEKER, VAN NEST & PETERS LLP

/s/ *Benedict Y. Hur*

Benedict Y. Hur

BYH:ap

Encl.: [Proposed] Order

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/11/18

1313282