UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> POPSUGAR INC., <br><br> Defendant. | Case No. 1-18-cv-10976-AKH |

## JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TRANSFER OF VENUE

Plaintiff Adlife Marketing & Communications Company, Inc. ("Plaintiff"), on the one hand, and Defendant POPSUGAR INC. ("Defendant"), on the other hand, hereby agree, through their undersigned counsel as follows:

**WHEREAS**, Plaintiff filed a Complaint against Defendant on November 25, 2018 in the United States District Court, Southern District of New York, entitled *Adlife Marketing & Communications Company, Inc. v. Popsugar Inc.*, Case No. 1:18-cv-10976-AKH (the "Action");

**WHEREAS,** for good cause shown, Defendant seeks to transfer venue of the Action to the Northern District of California;

**WHEREAS**, Plaintiff does not oppose Defendant's request to transfer venue;

**THEREFORE,** Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate that the parties agree to transfer venue of the Action to the Unites States District Court for the Northern District of California;

1315859

**IT IS FURTHER AGREED** that Defendant shall file its response or answer to the Complaint within thirty (30) days after the United States District Court for the Northern District of California opens and assigns a docket number to this matter;

**IT IS FURTHER AGREED** that the parties will bear their own respective costs and fees in connection with the Court's transfer of venue from New York to California.

**IT IS SO AGREED.**

DATED: January __9__, 2019         KEKER VAN NEST & PETERS LLP

By: _/s/ Benedict Y. Hur_
BENEDICT Y. HUR
*Attorneys for Defendant POPSUGAR Inc.*

DATED: January _9_, 2019         LIEBOWITZ LAW FIRM, PLLC

By: _/s/ Richard Liebowitz_
Richard Liebowitz
*Attorneys for Plaintiff Adlife Marketing & Communications Company, Inc.*

2

1315859

## PROPOSED ORDER

Good cause appearing, the above Joint Stipulation is GRANTED. This Action is TRANSFERRED to the United States District Court for the Northern District of California.

DATED: _____    _____
                                                           Hon. Alvin K. Hellerstein
                                                           Judge, United States District Court

1315859