# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> POPSUGAR INC., <br><br> Defendant. | Case No. 1-18-cv-10976-AKH <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 1/9/19 |

## JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TRANSFER OF VENUE

Plaintiff Adlife Marketing & Communications Company, Inc. ("Plaintiff"), on the one hand, and Defendant POPSUGAR INC. ("Defendant"), on the other hand, hereby agree, through their undersigned counsel as follows:

**WHEREAS**, Plaintiff filed a Complaint against Defendant on November 25, 2018 in the United States District Court, Southern District of New York, entitled *Adlife Marketing & Communications Company, Inc. v. Popsugar Inc.*, Case No. 1:18-cv-10976-AKH (the "Action");

**WHEREAS**, for good cause shown, Defendant seeks to transfer venue of the Action to the Northern District of California;

**WHEREAS**, Plaintiff does not oppose Defendant's request to transfer venue;

**THEREFORE**, Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate that the parties agree to transfer venue of the Action to the Unites States District Court for the Northern District of California;

1

**IT IS FURTHER AGREED** that Defendant shall file its response or answer to the Complaint within thirty (30) days after the United States District Court for the Northern District of California opens and assigns a docket number to this matter;

**IT IS FURTHER AGREED** that the parties will bear their own respective costs and fees in connection with the Court's transfer of venue from New York to California.

**IT IS SO AGREED.**

DATED: January 9, 2019          KEKER VAN NEST & PETERS LLP

                                By: _____
                                    BENEDICT Y. HUR
                                    *Attorneys for Defendant POPSUGAR Inc.*

DATED: January 9, 2019          LIEBOWITZ LAW FIRM, PLLC

                                By: _____
                                    Richard Liebowitz
                                    *Attorneys for Plaintiff Adlife Marketing &
                                    Communications Company, Inc.*

1315859

## PROPOSED ORDER

Good cause appearing, the above Joint Stipulation is GRANTED. This Action is TRANSFERRED to the United States District Court for the Northern District of California.

DATED: 1-9-19

_____
Hon. Alvin K. Hellerstein
Judge, United States District Court

1315859