KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
ANNA PORTO - # 319903
aporto@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant POPSUGAR INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC., | Case No. 5:19-cv-00297-LHK |
|---|---|
| Plaintiff, | **ANSWER TO COMPLAINT** |
| v. | |
| POPSUGAR INC., | Judge:     Hon. Lucy H. Koh |
| Defendant. | Date Filed: January 17, 2019 |
| | Trial Date: Not Set |

**PRELIMINARY STATEMENT**

Any admission herein is limited to the express language of the response, and shall not be deemed an implied admission of additional facts.  Defendant POPSUGAR INC. (POPSUGAR) need not admit or deny legal conclusions or arguments.  However, POPSUGAR affirmatively denies that is has any obligations owed to Plaintiff.  As a result, Plaintiff should be denied all the relief that it requests.  To the extent any headings in the Complaint contain allegations requiring a response, they are expressly denied.

**ALLEGATIONS**

1. POPSUGAR admits that the Complaint asserts a claim for copyright infringement under the Copyright Act and that Plaintiff seeks monetary relief.  POPSUGAR denies that it is liable to Plaintiff for this claim.  POPSUGAR lacks knowledge or information sufficient to form a belief about the truth of the remainder of the allegations in Paragraph 1 and on that basis denies them.  To the extent that this paragraph sets forth a conclusion of law, no response is required.

2. Paragraph 2 sets forth a conclusion of law to which no response is required.  To the extent a response is deemed to be required, POPSUGAR admits that the Northern District of California has subject matter jurisdiction.

3. Paragraph 3 sets forth a conclusion of law to which no response is required.  To the extent a response is deemed to be required, POPSUGAR admits that it resides within the Northern District of California, to which this action has been transferred.  POPSUGAR denies that it resides in New York or that it is subject to personal jurisdiction in New York.

4. Paragraph 4 sets forth a conclusion of law to which no response is required.

5. POPSUGAR lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 5 and on that basis denies them.

6. POPSUGAR admits that it is incorporated under the laws of Delaware.  POPSUGAR admits that it has an office at 386 Park Avenue South, 9th Floor, New York, New York.  POPSUGAR admits it is registered to do business in the State of New York.  POPSUGAR admits that it has owned and operated the website www.popsugar.com.  POPSUGAR lacks

knowledge or information sufficient to understand the phrase "all times material hereto" and on that basis denies any other allegation in Paragraph 6.

7. POPSUGAR lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 7 and on that basis denies them.

8. POPSUGAR lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 8 and on that basis denies them.

9. POPSUGAR admits that what appears to be a copy of a copyright registration certificate bearing the number VA 2-046-924 is appended to the Complaint.

10. POPSUGAR admits that it published an article on its website titled *Go Meatless Over Lent With These Fresh Fish Recipes* that included a photograph of fish tacos. POPSUGAR admits that what appears to be a screenshot of its website is appended to the Complaint. POPSUGAR denies all remaining allegations of paragraph 10.

11. Paragraph 11 sets forth a conclusion of law to which no response is required.

12. POPSUGAR incorporates by reference its denials to each and every allegation contained in Paragraphs 1-11.

13. Paragraph 13 sets forth a conclusion of law to which no response is required. To the extent a response is deemed to be required, POPSUGAR denies the allegations in Paragraph 13.

14. Paragraph 14 sets forth a conclusion of law to which no response is required. To the extent a response is deemed to be required, POPSUGAR denies the allegations in Paragraph 14.

15. Paragraph 15 sets forth a conclusion of law to which no response is required. To the extent a response is deemed to be required, POPSUGAR denies the allegations in Paragraph 15.

16. Paragraph 16 sets forth a conclusion of law to which no response is required. To the extent a response is deemed to be required, POPSUGAR denies the allegations in Paragraph 16.

## ANSWER TO PRAYER FOR RELIEF

POPSUGAR denies that Plaintiff is entitled to the requested judgment or any of the requested relief.

## AFFIRMATIVE DEFENSES

POPSUGAR asserts the following affirmative defense. This defense does not constitute an admission of liability or that Plaintiff is entitled to any relief whatsoever. POPSUGAR reserves any and all rights it has under the Federal Rules of Civil Procedure to assert additional defenses and/or counterclaims as additional facts are learned or present themselves during discovery or otherwise during the course of these proceedings.

## FIRST AFFIRMATIVE DEFENSE

### (Fair use)

POPSUGAR's alleged conduct constitutes fair use, because, on information and belief, the purpose of the alleged infringement was for news reporting, the alleged use of the Photograph was as part of a series of photographs and thus was transformative, the Photograph had been published years prior to the alleged infringement, the alleged use of the Photograph was insubstantial, and the alleged publication had no impact on the market for the Photograph.

## JURY TRIAL

POPSUGAR demands a trial by jury on any claim so triable.

Dated: February 19, 2019                KEKER, VAN NEST & PETERS LLP

                                        By:   */s/ Benedict Y. Hur*
                                              BENEDICT Y. HUR
                                              ANNA PORTO

                                        Attorneys for Defendant POPSUGAR INC.