| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>BENEDICT Y. HUR - # 224018<br>bhur@keker.com<br>ANNA PORTO - # 319903<br>aporto@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:    415 397 7188 | THE AFFINITY LAW GROUP<br>GREGORY PETER GOONAN - # 119821<br>ggoonan@affinity-law.com<br>5755 Oberlin Drive, Suite 200<br>San Diego, CA 92121-4716<br>Telephone:    858 412 4296<br>Facsimile:     619 243 0088<br><br>LIEBOWITZ LAW FIRM, PLLC<br>RICHARD LIEBOWITZ<br>rl@liebowitzlawfirm.com<br>11 Sunrise Plaza, Suite 301<br>Valley Stream, NY 11580-6111<br>Telephone:    516 233 1660 |
| Attorneys for Defendant POPSUGAR Inc. | Attorneys for Plaintiff Adlife Marketing & Communications Company, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>POPSUGAR INC.,<br><br>        Defendant. | Case No. 5:19-cv-00297-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Dept:    Courtroom 8 – 4th Floor<br>Judge:   Hon. Lucy H. Koh<br><br>Date Filed: January 17, 2019<br><br>Trial Date: Not Set |

Pursuant to Civil Local Rules 6-1 and 6-2, the parties in this action stipulate to the following and respectfully request that the Court enter this Stipulation as the Order of the Court:

WHEREAS, on April 23, 2019 the Court set an initial case management conference for May 22, 2019;

WHEREAS, Defendant has requested a one-week continuance of the case management conference to accommodate a scheduling conflict of Defendant's counsel and Plaintiff does not oppose Defendant's request;

WHEREAS, the parties jointly stipulate, pursuant to Civil Local Rules 6-1(b) and 6-2 that the Court continue the case management conference previously set by this Court;

WHEREAS, the Court has not yet set a schedule for this case within the meaning of Civil Local Rule 6-2(a)(3);

The parties, by this stipulation, request that the Court **CONTINUE** the May 22, 2019 case management conference to May 29, 2019.

Dated: April 30, 2019                                 KEKER, VAN NEST & PETERS LLP

                                                      By: */s/ Benedict Y. Hur*
                                                      BENEDICT Y. HUR
                                                      ANNA PORTO

                                                      Attorneys for Defendant POPSUGAR Inc.

Dated: April 30, 2019                                 THE AFFINITY LAW GROUP

                                                      By: */s/ Gregory Peter Goonan*
                                                      GREGORY PETER GOONAN

                                                      Attorneys for Plaintiff Adlife Marketing & Communications Company, Inc.

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the attorney filing this document attests that he has obtained the concurrence in the filing of this document from any other signatories.

Dated:  April 30, 2019              */s/ Benedict Y. Hur*
                                    BENEDICT Y. HUR

**[PROPOSED] ORDER**

The Court having considered the above joint request, and good cause appearing therefore, HEREBY CONTINUES the case management conference to May 29, 2019.  The parties' deadline to submit case management statements shall be May 22, 2019.

**IT IS SO ORDERED.**

Dated: _____, 2019

HON. LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE