KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
ANNA PORTO - # 319903
aporto@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant POPSUGAR INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> POPSUGAR INC., <br><br> Defendant. | Case No. 5:19-cv-00297-LHK <br><br> **DECLARATION OF BENEDICT Y. HUR IN SUPPORT OF STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Dept:  Courtroom 8 – 4th Floor <br> Judge: Hon. Lucy H. Koh <br><br> Date Filed: January 17, 2019 <br><br> Trial Date: Not Set |

I, Benedict Y. Hur, declare as follows:

1. I am an attorney licensed to practice law in the State of California, and I am an associate at the law firm of Keker, Van Nest & Peters LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for Defendant POPSUGAR Inc. in the above-captioned action. I am admitted to practice law before this Court.

2. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, I could do so competently under oath.

3. I am lead counsel for this matter on behalf of POPSUGAR and will have responsibility on behalf of POSUGAR for conducting the Rule 26(f) conference with Adlife, and I am the attorney for POPSUGAR who is most familiar with the facts, claims, and defenses in this case.

4. On April 23, 2019, the Court set this matter for a case management conference.

5. I have an existing conflict in another case on May 22, 2019, the day on which the initial case management conference is currently set.

6. In view of this conflict, POPSUGAR requests that the Court continue the initial case management conference to May 29, 2019.

7. On April 25, 2019, counsel for Adlife stated that it did not oppose continuing the initial case management conference to May 29, 2019.

8. Time has not been modified previously in this case.

9. The Court has not yet set a schedule in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 30, 2019, at San Francisco, California.

_____
BENEDICT Y. HUR