KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
ANNA PORTO - # 319903
aporto@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant POPSUGAR Inc.

THE AFFINITY LAW GROUP
GREGORY PETER GOONAN - # 119821
ggoonan@affinity-law.com
5755 Oberlin Drive, Suite 200
San Diego, CA 92121-4716
Telephone:   858 412 4296
Facsimile:   619 243 0088

Attorneys for Plaintiff Adlife Marketing & Communications Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>POPSUGAR INC.,<br><br>  Defendant. | Case No. 5:19-cv-00297-LHK<br><br>**JOINT STIPULATION RE: LEAVE FOR DEFENDANT TO AMEND ANSWER TO COMPLAINT**<br><br>Dept:   Courtroom 8 – 4th Floor<br>Judge:   Hon. Lucy H. Koh<br><br>Date Filed: January 17, 2019<br><br>Trial Date: September 14, 2020 |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), the parties in this action stipulate to permit Defendant POPSUGAR Inc. (POPSUGAR) to file an amended answer, as follows:

WHEREAS, on February 19, 2019, POPSUGAR filed an Answer to the Complaint in the above-titled action;

WHEREAS, POPSUGAR seeks to amend its existing Answer to include an affirmative defense based on license;

WHEREAS, POPSUGAR's proposed Amended Answer is attached hereto as Exhibit A; and;

WHEREAS, Plaintiff Adlife stipulates, pursuant to Federal Rule of Civil Procedure 15(a)(2), to permit POPSUGAR to file the proposed Amended Answer;

THEREFORE, THE PARTIES STIPULATE AND AGREE THAT POPSUGAR shall be permitted, pursuant to Federal Rule of Civil Procedure 15(a)(2), to file the Amended Answer.

Dated: July 31, 2019　　　　　　　　　　　　　　　KEKER, VAN NEST & PETERS LLP

By: */s/ Benedict Y. Hur*
BENEDICT Y. HUR
ANNA PORTO

Attorneys for Defendant POPSUGAR Inc.

Dated: July 31, 2019　　　　　　　　　　　　　　　THE AFFINITY LAW GROUP

By: */s/ Gregory Peter Goonan*
GREGORY PETER GOONAN

Attorneys for Plaintiff Adlife Marketing & Communications Company, Inc.

1
JOINT STIPULATION RE: LEAVE FOR DEFENDANT TO AMEND ANSWER TO COMPLAINT
Case No. 5:19-cv-00297-LHK

1338881

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the attorney filing this document attests that he has obtained the concurrence in the filing of this document from any other signatories.

Dated: July 31, 2019

*/s/ Benedict Y. Hur*
BENEDICT Y. HUR