| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP<br>BENEDICT Y. HUR - # 224018<br>bhur@willkie.com<br>505 Montgomery Street<br>San Francisco, CA 94111<br>Telephone:   415 858 7400<br>Facsimile:    415 858 7599 | THE AFFINITY LAW GROUP<br>GREGORY PETER GOONAN - # 119821<br>ggoonan@affinity-law.com<br>5230 Carroll Canyon Road, Suite 230<br>San Diego, CA 92121-4716<br>Telephone:   858 412 4296<br>Facsimile:    619 243 0088 |
| Attorneys for Defendant POPSUGAR Inc. | Attorneys for Plaintiff Adlife Marketing & Communications Company, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>POPSUGAR INC.,<br><br>        Defendant. | Case No. 5:19-cv-00297-LHK<br><br>**JOINT STIPULATION TO EXTEND DISCOVERY CUTOFF AND [PROPOSED] ORDER**<br><br>Dept:      Courtroom 8 – 4th Floor<br>Judge:    Hon. Lucy H. Koh<br><br>Date Filed: January 17, 2019<br><br>Trial Date: September 14, 2020 |

Pursuant to Civil Local Rule 6-2 and the declaration of Benedict Y. Hur, the parties in this action stipulate to the following and respectfully request that the Court enter this Stipulation as the Order of the Court:

WHEREAS, pursuant to the Case Scheduled adopted by the Court, the close of fact discovery is October 31, 2019;

WHEREAS, the parties agree to extend the discovery cut-off to November 29, 2019 to accommodate the schedules of counsel and the parties;

WHEREAS, the extension will not affect any other case deadline;

WHEREAS, the parties have not sought any other modifications of the case schedule;

The parties, by this stipulation, request that the Court continue the October 31, 2019 discovery cutoff to November 29, 2019.

Dated: September 30, 2019        WILLKIE FARR & GALLAGHER LLP

By:   */s/ Benedict Y. Hur*
      BENEDICT Y. HUR

Attorneys for Defendant POPSUGAR INC.

Dated: September 30, 2019        THE AFFINITY LAW GROUP

By:   */s/ Gregory Peter Goonan*
      GREGORY PETER GOONAN

Attorneys for Plaintiff Adlife Marketing & Communications Company, Inc.

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the attorney filing this document attests that he has obtained the concurrence in the filing of this document from any other signatories.

Dated:  September 30, 2019           /s/ *Benedict Y. Hur*
                                     Benedict Y. Hur

**[PROPOSED] ORDER**

The Court having considered the above joint request, and good cause appearing therefor, hereby continues the discovery cutoff to November 29, 2019.

**IT IS SO ORDERED.**

Dated: _____    _____
                                LUCY H. KOH
                                JUDGE, UNITED STATES DISTRICT COURT