| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP<br>BENEDICT Y. HUR - # 224018<br>bhur@willkie.com<br>505 Montgomery Street<br>San Francisco, CA 94111<br>Telephone:   415 858 7400<br>Facsimile:    415 858 7599 | THE AFFINITY LAW GROUP<br>GREGORY PETER GOONAN - # 119821<br>ggoonan@affinity-law.com<br>5230 Carroll Canyon Road, Suite 230<br>San Diego, CA 92121-4716<br>Telephone:   858 412 4296<br>Facsimile:    619 243 0088 |
| Attorneys for Defendant POPSUGAR Inc. | Attorneys for Plaintiff Adlife Marketing & Communications Company, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>POPSUGAR INC.,<br><br>            Defendant. | Case No. 5:19-cv-00297-LHK<br><br>**DECLARATION OF BENEDICT Y. HUR IN SUPPORT JOINT STIPULATION TO EXTEND DISCOVERY CUTOFF**<br><br>Dept:    Courtroom 8 – 4th Floor<br>Judge:   Hon. Lucy H. Koh<br><br>Date Filed: January 17, 2019<br><br>Trial Date: September 14, 2020 |

I, Benedict Y. Hur, declare as follows:

1. I am an attorney licensed to practice law in the State of California, and I am a partner at the law firm of Willkie Farr & Gallagher LLP, located at 505 Montgomery Street, San Francisco, California 94111, counsel for Defendant POPSUGAR Inc. in the above-captioned action.

2. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, I could do so competently under oath.

3. Pursuant to the Case Scheduled adopted by the Court, the close of fact discovery is October 31, 2019;

4. The parties agree to extend the discovery cut-off to November 29, 2019 to accommodate the schedules of counsel and the parties;

5. The extension will not affect any other case deadline;

6. The parties have not sought any other modifications to the case schedule;

7. The parties, by this stipulation, request that the Court continue the October 31, 2019 discovery cutoff to November 29, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed September 30, 2019, at San Francisco, California.

/s/ *Benedict Y. Hur*
Benedict Y. Hur

1
DECLARATION OF BENEDICT Y. HUR IN SUPPORT OF JOINT STIPULATION TO EXTEND DISCOVERY CUTOFF
Case No. 5:19-cv-00297-LHK