Gregory P. Goonan (Cal Bar # 119821)
**THE AFFINITY LAW GROUP®**
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email: ggoonan@affinity-law.com

Attorneys for Plaintiff
Adlife Marketing & Communications Company, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> POPSUGAR, INC., <br><br> Defendant. | CASE NO.  3:19-cv-00297-LHK <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 41(a)(2) BY PLAINTIFF ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC.** <br><br> Date:  March 26, 2020 <br> Time:  1:30 p.m. <br> Court:  8 (San Jose) (Hon. Lucy H. Koh) <br><br> Trial Date:  September 14, 2020 |

TO THE COURT, THE PARTIES HERETO AND THEIR ATTORNEYS OF RECORD:

1.  Notice of Motion and Hearing:

PLEASE TAKE NOTICE that on March 26, 2020 at 1:30 p.m., or as soon thereafter as counsel may be heard, in Courtroom 8 of the above-entitled court, located at 280 South 1st Street, San Jose, California 95113, plaintiff Adlife Marketing

1  & Communications Company, Inc. will, and hereby does, move the court for an order
2  dismissing this case with prejudice.

3  2.  <u>Grounds</u>:

4  This motion is made pursuant to Rule 41(a)(2) of the Federal Rules of Civil
5  Procedure.

6  3.  <u>Supporting Documents</u>:

7  This motion is based upon the following: (i) this notice of motion and motion;
8  (ii) the supporting memorandum of points and authorities filed herewith under
9  separate cover; (iii) the Declarations of Joel Albrizio and Gregory P. Goonan filed
10 herewith under separate cover in support of this motion; (iv) the files and records in
11 this matter; and (v) such other and further matters as the court may properly consider
12 in connection with this motion.

DATED: November 20, 2019            THE AFFINITY LAW GROUP

                                    By: /s/ Gregory P. Goonan
                                        Gregory P. Goonan
                                        Attorneys for Plaintiff
                                        Adlife Marketing & Communications Company, Inc.