Gregory P. Goonan (Cal Bar # 119821)
**THE AFFINITY LAW GROUP®**
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email: ggoonan@affinity-law.com

Attorneys for Plaintiff
Adlife Marketing & Communications Company, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> POPSUGAR, INC., <br><br> Defendant. | CASE NO. 5:19-cv-00297-LHK <br><br> **MOTION AND [PROPOSED] ORDER TO ALLOW FOR TELEPHONIC APPEARANCE BY PLAINTIFF'S COUNSEL AT AUGUST 28, 2019 CASE MANAGEMENT CONFERENCE** <br><br> <u>Case Management Conference</u>: <br><br> Date:  December 11, 2019 <br> Time:  2:00 pm <br> Court:  8 (Hon. Lucy H. Koh) |

Pursuant to the telephonic appearance procedures set forth in the Court's Calendar Scheduling Notes (the "Telephonic Appearance Procedures"), plaintiff Adlife Marketing & Communications Company, Inc. ("Plaintiff"), by and through its undersigned attorneys of record, submits this Motion to request that the Court enter an order allowing Plaintiff's counsel to participate by telephone in the Case Management Conference scheduled in this matter for December 11, 2019 at 2:00 pm.

Plaintiff submits that there is good cause for such order because allowing Plaintiff's counsel,

**MOTION AND [PROPOSED] ORDER TO ALLOW FOR TELEPHONIC APPEARANCE BY PLAINTIFF'S COUNSEL AT AUGUST 28, 2019 CASE MANAGEMENT CONFERENCE**

1

who is based in San Diego, to participate by telephone in the December 11 Case Management Conference will conserve party resources.

Defendant's counsel has advised Plaintiff's counsel that they do not oppose a telephone appearance by Plaintiff's counsel. Plaintiff's counsel will comply in full with the Telephonic Appearance Procedures.

DATED: December 4, 2019        THE AFFINITY LAW GROUP

By: /s/ Gregory P. Goonan
    Gregory P. Goonan
    Attorneys for Plaintiff
    Adlife Marketing & Communications Company, Inc.

**MOTION AND [PROPOSED] ORDER TO ALLOW FOR TELEPHONIC APPEARANCE BY PLAINTIFF'S COUNSEL AT AUGUST 28, 2019 CASE MANAGEMENT CONFERENCE**

2

## [PROPOSED] ORDER

The Court, having considered the foregoing Motion, and good cause appearing, hereby grants Plaintiff's counsel leave to participate by telephone in the December 11, 2019 Case Management Conference.

**IT IS SO ORDERED.**

Dated: December __, 2019

_____
Hon. Lucy H. Koh
United States District Judge

**MOTION AND [PROPOSED] ORDER TO ALLOW FOR TELEPHONIC APPEARANCE BY PLAINTIFF'S COUNSEL AT AUGUST 28, 2019 CASE MANAGEMENT CONFERENCE**

3