Gregory P. Goonan (Cal Bar # 119821)
**THE AFFINITY LAW GROUP®**
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email: ggoonan@affinity-law.com

Attorneys for Plaintiff
Adlife Marketing & Communications Company, Inc.

THE AFFINITY LAW GROUP®
5755 Oberlin Drive, Suite 200
San Diego, CA  92121
(858) 412-4296

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> POPSUGAR, INC., <br><br> Defendant. | CASE NO.  5:19-cv-00297-LHK <br><br> **MOTION AND [PROPOSED] ORDER TO ALLOW FOR TELEPHONIC APPEARANCE BY PLAINTIFF'S COUNSEL AT MARCH 26, 2020 HEARING ON MOTION TO DISMISS** <br><br> <u>Motion Hearing</u>: <br><br> Date:  March 26, 2020 <br> Time:  1:30 pm <br> Court:  8 (San Jose) (Hon. Lucy H. Koh) |

Pursuant to the telephonic appearance procedures set forth in the Court's Calendar Scheduling Notes (the "Telephonic Appearance Procedures"), plaintiff Adlife Marketing & Communications Company, Inc. ("Plaintiff"), by and through its undersigned attorneys of record, submits this Motion to request that the Court enter an order allowing Plaintiff's counsel to participate by telephone in the hearing on Plaintiff's motion to dismiss (ECF 45) scheduled in this matter for March 26, 2020 at 1:30 pm.

Plaintiff submits that there is good cause for such order because (1) the current situation in

**MOTION AND [PROPOSED] ORDER TO ALLOW FOR TELEPHONIC APPEARANCE BY PLAINTIFF'S COUNSEL AT AUGUST 28, 2019 CASE MANAGEMENT CONFERENCE**

1

1  the United States regarding the coronavirus makes travel inadvisable for Plaintiff's counsel, who is
2  based in San Diego; and (2) allowing Plaintiff's counsel to participate by telephone in the March 26
3  hearing will conserve party resources.
4      Defendant's counsel has advised Plaintiff's counsel that they do not oppose a telephone
5  appearance by Plaintiff's counsel. Plaintiff's counsel will comply in full with the Telephonic
6  Appearance Procedures.

DATED: March 16, 2020                    THE AFFINITY LAW GROUP

                                                             By: /s/ Gregory P. Goonan
                                                                   Gregory P. Goonan
                                                                   Attorneys for Plaintiff
                                                                   Adlife Marketing & Communications Company,
                                                                   Inc.

THE AFFINITY LAW GROUP®
5755 Oberlin Drive, Suite 200
San Diego, CA 92121
(858) 412-4296

# [PROPOSED] ORDER

The Court, having considered the foregoing Motion, and good cause appearing, hereby grants Plaintiff's counsel leave to participate by telephone in the hearing on Plaintiff's motion to dismiss scheduled for March 26, 2020 at 1:30 pm.

**IT IS SO ORDERED.**

Dated:  March 16, 2020

_____/s/_____
Hon. Lucy H. Koh
United States District Judge

**MOTION AND [PROPOSED] ORDER TO ALLOW FOR TELEPHONIC APPEARANCE BY PLAINTIFF'S COUNSEL AT AUGUST 28, 2019 CASE MANAGEMENT CONFERENCE**