WILLKIE FARR & GALLAGHER LLP
BENEDICT Y. HUR - # 224018
bhur@willkie.com
JOSHUA D. ANDERSON - # 312836
jdanderson@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:   415 858 7401
Facsimile:    415 858 7599

Attorneys for Defendant POPSUGAR Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>POPSUGAR INC.,<br><br>Defendant. | Case No. 5:19-cv-00297-LHK<br><br>**DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY AND [PROPOSED] ORDER**<br><br>Dept:   Courtroom 8 – 4th Floor<br>Judge:  Hon. Lucy H. Koh<br><br>Date Filed: January 17, 2019<br><br>Trial Date: September 14, 2020<br><br>Hearing Date: March 26, 2020 |

1  Pursuant to the United States District Court, Northern District of California's General
2  Order No. 72, "IN RE: Coronavirus Disease Public Health Emergency," and this Court's
3  "COVID19 Special Procedures," Defendant POPSUGAR Inc., by and through its counsel of
4  record, makes this Motion to participate by telephone in the hearing re: Plaintiff's Motion to
5  Dismiss (ECF 45), currently scheduled for March 26, 2020 at 1:30 p.m.

Dated: March 17, 2020                                   WILLKIE FARR & GALLAGHER LLP

                                                   By:  */s/ Benedict Y. Hur*
                                                        BENEDICT Y. HUR

                                                        Attorneys for Defendant POPSUGAR INC.

### [Proposed] ORDER

Having reviewed the file and the request in this matter and for good cause appearing, Defendant POPSUGAR Inc.'s request to appear telephonically at the March 26, 2020 hearing is hereby GRANTED.

Dated: _____

_____
HON. LUCY H. KOH
Judge, United States District Court