UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC., Plaintiff, v. POPSUGAR INC, Defendant. | Case No. 19-CV-00297-LHK<br>**JUDGMENT** |
|---|---|

On March 26, 2020, the Court granted Plaintiff's motion to dismiss with prejudice. ECF No. 58. Accordingly, the Clerk shall enter judgment in favor of Defendant. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 26, 2020

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

Case No. 19-CV-00297-LHK
JUDGMENT

1