WILLKIE FARR & GALLAGHER LLP
BENEDICT Y. HUR - # 224018
bhur@willkie.com
JOSHUA D. ANDERSON - #312836
jdanderson@willkie.com
505 Montgomery Street
San Francisco, CA 94111
Telephone:    415 858 7400
Facsimile:    415 858 7599

Attorneys for Defendant POPSUGAR Inc.

THE AFFINITY LAW GROUP
GREGORY PETER GOONAN - # 119821
ggoonan@affinity-law.com
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121-4716
Telephone:    858 412 4296
Facsimile:    619 243 0088

Attorneys for Plaintiff Adlife Marketing &
Communications Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> POPSUGAR INC., <br><br> Defendant. | Case No. 5:19-cv-00297-LHK <br><br> **JOINT STATEMENT ON SETTLEMENT CONFERENCE RE ATTORNEYS' FEE ISSUE** |

On March 26, 2020, the Court entered an order (the "March 26 Order") granting the motion to dismiss filed by Plaintiff. [ECF 58.] At page 4, lines 7-10 of the March 26 Order, the Court indicated it would like to refer the parties to a telephonic settlement conference with United States Magistrate Judge Nathanael Cousins to resolve the attorneys' fees issue, and ordered the parties to file a joint statement by April 2, 2020 advising whether they are willing to engage in such a settlement conference.

Plaintiff and Defendant submit this joint statement pursuant to the Court's instructions in the March 26 Order. Counsel for Plaintiff and counsel for Defendant have met and conferred regarding the telephonic settlement conference with Magistrate Judge Cousins referenced in the March 26 Order, and hereby advise the Court that the parties are willing to engage in such a settlement conference.

Dated: March 31, 2020                          WILLKIE FARR & GALLAGHER LLP

                                      By:    /s/ Benedict Y. Hur
                                             BENEDICT Y. HUR

                                             Attorneys for Defendant POPSUGAR INC.

Dated: March 31, 2020                          THE AFFINITY LAW GROUP

                                      By:    /s/ Gregory P. Goonan
                                             GREGORY P. GOONAN

                                             Attorneys for Plaintiff Adlife Marketing &
                                             Communications Company, Inc.

JOINT STATEMENT ON SETTLEMENT CONFERENCE RE ATTORNEYS' FEE ISSUE
Case No. 5:19-cv-00297-LHK

1

**ATTESTATION**

2

Pursuant to Civil Local Rule 5-1(i)(3), the attorney filing this document attests that he has

3

obtained the concurrence in the filing of this document from any other signatories.

4

5

Dated:  March 31, 2020                    */s/ Gregory P. Goonan*

6

Gregory P. Goonan

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STATEMENT ON SETTLEMENT CONFERENCE RE ATTORNEYS' FEE ISSUE**
Case No. 5:19-cv-00297-LHK