1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC., | Case No. 19-CV-00297-LHK |
| Plaintiff, | **ORDER REFERRING PARTIES TO SETTLEMENT CONFERENCE** |
| v. | Re: Dkt. No. 1 |
| POPSUGAR INC, | |
| Defendant. | |

On March 26, 2020, the Court granted Plaintiff's motion to dismiss and explained that the Court "would like to refer the parties to a telephonic settlement conference with United States Magistrate Judge Nathanael Cousins to resolve the attorney's fees issue." ECF No. 58 at 4. The Court ordered the parties to file a joint statement by April 2, 2020 "as to whether they are willing to engage in such a settlement conference." *Id.* On March 31, 2020, the parties filed a joint statement that stated that "the parties are willing to engage in such a settlement conference." ECF No. 60.

Accordingly, the Court refers the parties to United States Magistrate Judge Nathanael Cousins for a telephonic Magistrate Judge Settlement Conference. The parties shall complete the settlement conference by June 5, 2020. The parties shall file a joint settlement status report by

1

1    June 12, 2020.  The parties shall contact Judge Cousins's Courtroom Deputy to schedule the

2    telephonic settlement conference.

3    **IT IS SO ORDERED.**

4    Dated: April 2, 2020

5                                         *Lucy H. Koh*

6                                         LUCY H. KOH
                                         United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 19-CV-00297-LHK
ORDER REFERRING PARTIES TO SETTLEMENT CONFERENCE

United States District Court
Northern District of California