Gregory P. Goonan (Cal Bar # 119821)
**THE AFFINITY LAW GROUP®**
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email: ggoonan@affinity-law.com

Attorneys for Plaintiff
Adlife Marketing & Communications Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC.,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>POPSUGAR, INC.,<br><br>　　　　　　　Defendant. | CASE NO.  5:19-cv-00297-LHK<br><br>**UNOPPOSED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR TELEPHONIC SETTLEMENT CONFERENCE FROM JUNE 5, 2020 TO JUNE 9, 2020** |

Plaintiff Adlife Marketing & Communications Company, Inc. ("Plaintiff"), by and through its undersigned attorneys of record, submits this Motion to request that the Court extend the deadline for completion of the telephonic settlement conference ordered on the attorneys' fee issue from June 5, 2020 to June 9, 2020.  Defendant's counsel has advised Plaintiff's counsel that Defendant does not oppose the relief sought by this Motion so the Motion is unopposed.

In support of this Motion, Plaintiff states as follows:

**UNOPPOSED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR TELEPHONIC SETTLEMENT CONFERENCE FROM JUNE 5, 2020 TO JUNE 9, 2020**

1

1. By order entered April 2, 2020 (ECF 61) (the "April 2 Order"), the Court referred this case to Magistrate Judge Cousins for a telephonic settlement conference on the issue of attorneys' fees.

2. By the April 2 Order, the Court set a deadline of June 5, 2020 to complete the settlement conference and a deadline of June 12, 2020 for the parties to file a joint settlement conference status report.

3. Magistrate Judge Cousins' clerk initially provided dates of May 5, May 8, May 12, and May 19 as dates when Magistrate Judge Cousins was available to conduct the telephonic settlement conference.

4. The representative of Plaintiff who needs to participate in the telephonic settlement conference was not available on any of the dates initially provided by Magistrate Judge Cousins because of prior commitments that could not be rescheduled.

5. Magistrate Judge Cousins' clerk advised that Magistrate Judge Cousins also was available for a telephonic settlement conference on June 9, 2020.

6. The parties' representatives all are available for a settlement conference on June 9, 2020.

7. The parties advised Magistrate Judge Cousins' clerk that the parties were available for the settlement conference on June 9 and Magistrate Judge Cousins entered an order (ECF 62) scheduling the settlement conference for June 9, 2020.

8. The parties do not need to extend the June 12 deadline for the filing of the joint settlement conference status report since the currently-scheduled June 9 settlement conference date is before the June 12 deadline for the filing of the joint settlement conference statement.

/./././

/././/

Given the foregoing, Plaintiff requests a short extension of the deadline for completing the settlement conference since the June 9 settlement conference date currently scheduling is after the June 5 deadline scheduled by the Court by the April 2 Order. Plaintiff submits there is good cause for such short, four-day extension for the reasons set forth above.

DATED: April 23, 2020               THE AFFINITY LAW GROUP

                                    By:  /s/ Gregory P. Goonan
                                         Gregory P. Goonan
                                         Attorneys for Plaintiff
                                         Adlife Marketing & Communications Company, Inc.

**UNOPPOSED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR TELEPHONIC SETTLEMENT CONFERENCE FROM JUNE 5, 2020 TO JUNE 9, 2020**

3

Case 5:19-cv-00297-LHK   Document 63   Filed 04/23/20   Page 4 of 4

# [PROPOSED] ORDER

The Court, having considered the foregoing Motion, and good cause appearing, hereby grants Plaintiff's unopposed request to extend the deadline for completion of the telephonic settlement conference on the issue of attorneys' fees from June 5, 2020 to June 9, 2020.

**IT IS SO ORDERED.**

Dated: April __, 2020

_____
Hon. Lucy H. Koh
United States District Judge

**UNOPPOSED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR TELEPHONIC SETTLEMENT CONFERENCE FROM JUNE 5, 2020 TO JUNE 9, 2020**
4