WILLKIE FARR & GALLAGHER LLP
BENEDICT Y. HUR - # 224018
bhur@willkie.com
JOSHUA D. ANDERSON - # 312836
jdanderson@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:    415 858 7401
Facsimile:    415 858 7599

Attorneys for Defendant POPSUGAR Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>POPSUGAR INC.,<br><br>            Defendant. | Case No. 5:19-cv-00297-LHK<br><br>**DEFENDANT POPSUGAR INC.'S STATEMENT OF NON-OPPOSITION TO MOTION TO EXTEND DEADLINE FOR TELEPHONIC SETTLEMENT CONFERENCE FROM JUNE 5, 2020 TO JUNE 9, 2020**<br><br>Dept:      Courtroom 8 – 4th Floor<br>Judge:     Hon. Lucy H. Koh<br><br>Date Filed: January 17, 2019<br><br>Trial Date: September 14, 2020 |

1        Defendant Popsugar Inc. does not oppose Plaintiff's Motion to Extend and is available to

2  appear at the settlement conference by telephone on June 9, 2020 as Plaintiff has proposed.

3

4  Dated:  April 24, 2020                        WILLKIE FARR & GALLAGHER LLP

5

6                             By:  */s/ Benedict Y. Hur*
                                  BENEDICT Y. HUR

7                                Attorneys for Defendant POPSUGAR INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT POPSUGAR INC.'S STATEMENT OF NON-OPPOSITION TO MOTION TO EXTEND
DEADLINE FOR TELEPHONIC SETTLEMENT CONFERENCE
Case No. 5:19-cv-00297-LHK