| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP<br>BENEDICT Y. HUR - # 224018<br>bhur@willkie.com<br>505 Montgomery Street<br>San Francisco, CA 94111<br>Telephone:    415 858 7400<br>Facsimile:    415 858 7599 | THE AFFINITY LAW GROUP<br>GREGORY PETER GOONAN - # 119821<br>ggoonan@affinity-law.com<br>5230 Carroll Canyon Road, Suite 230<br>San Diego, CA 92121-4716<br>Telephone:    858 412 4296<br>Facsimile:    619 243 0088 |
| Attorneys for Defendant POPSUGAR Inc. | Attorneys for Plaintiff Adlife Marketing & Communications Company, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>POPSUGAR INC.,<br><br>　　　　Defendant. | Case No. 5:19-cv-00297-LHK<br><br>**JOINT SETTLEMENT CONFERENCE STATUS REPORT**<br><br><br>Dept:　　Courtroom 8 – 4th Floor<br>Judge:　　Hon. Lucy H. Koh |

By order entered April 2, 2020 (the "April 2 Order") (ECF 61), the Court referred this matter to United States Magistrate Judge Nathanael Cousins for a telephonic Magistrate Judge Settlement Conference on the issue of Plaintiff's claim for attorneys' fees and costs. By the April 2 Order, the Court ordered the parties to file a joint settlement status report June 12, 2020. The parties jointly file this settlement status report pursuant to the Court's April 2 Order:

The parties report that they participated in a telephonic settlement conference with Magistrate Judge Cousins on June 9, 2020 at 9:30 am. The parties did not reach a settlement during the June 9 conference but believe that a further settlement conference could help the parties resolve the dispute. Magistrate Judge Cousins has scheduled a follow-up telephonic settlement conference for June 19, 2020 at 9:30 am.

Dated: June 12, 2020                                    THE AFFINITY LAW GROUP

                                                By:    */s/ Gregory P. Goonan*
                                                       GREGORY P. GOONAN

                                                       Attorneys for Plaintiff Adlife Marketing &
                                                       Communications Company, Inc.

Dated: June 12, 2020                                    WILLKIE FARR & GALLAGHER LLP

                                                By:    */s/ Benedict Y. Hur*
                                                       BENEDICT Y. HUR

                                                       Attorneys for Defendant POPSUGAR INC.

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the attorney filing this document attests that he has obtained the concurrence in the filing of this document from any other signatories.

Dated: June 12, 2020                    */s/ Gregory P. Goonan*
                                        Gregory P. Goonan